```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-09-131-EFS
              Plaintiff,     )
                             )   ORDER GRANTING MOTION TO SET
v.                           )   RELEASE CONDITIONS
                             )
JAMES DOUGLAS SCOTT,         )
                             )
              Defendant.     )
                             )
```

Before the court is Defendant's Motion to set pretrial release conditions.

The court finds the recovery center for Veterans in Los Angeles is very structured, including a 21-day secured lockdown upon entry. Defendant's father agrees to transport defendant to the airport for a flight that has no plane changes. A treatment center agent will meet and transport Defendant from the airport to the treatment center.

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 75)** is **GRANTED.** A separate order will issue setting forth conditions of release.

DATED January 7, 2010.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO SET RELEASE CONDITIONS - 1